UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAJA INSURANCE SERVICES, INC., a California corporation,<br><br>        Plaintiff,<br><br>   v.<br><br>SHANZE ENTERPRISES, INC. d/b/a BAJA AUTO INSURANCE, and DOES 1-10,<br><br>        Defendants.<br>_____<br>SHANZE ENTERPRISES, INC. D/B/A BAJA AUTO INSURANCE,<br><br>        Plaintiff,<br><br>   v.<br><br>AMERICAN CASUALTY COMPANY OF READING, PA,<br><br>        Defendant. | No.  2:14-cv-02423-KJM-AC<br><br><br><br><br><br><br><br><br><br>No. 2:14-cv-002623-JAM-AC<br><br>**RELATED CASE ORDER** |

      Examination of the above-captioned actions reveals that they are related within the meaning of Local Rule 123(a).  Here, "both actions involve similar questions of fact and the same

1

1  question of law and their assignment to the same Judge or Magistrate Judge is likely to effect a
2  substantial savings of judicial effort." Local Rule 123(a)(3). Accordingly, the assignment of
3  these matters to the same judge is likely to effect a substantial savings of judicial effort and is
4  likely to be convenient for the parties.
5       The parties should be aware that relating cases under Rule 123 causes the actions
6  to be assigned to the same judge – it does not consolidate the actions. Under Rule 123, related
7  cases are generally assigned to the judge and magistrate judge to whom the first filed action was
8  assigned.
9       As a result, it is hereby ORDERED that 2:14-cv-02623-JAM-AC is reassigned
10 from John A. Mendez to the undersigned. Henceforth, the caption on documents filed in the
11 reassigned case shall be shown as: 2:14-cv-02623-KJM-AC.
12      It is further ORDERED that the Clerk of the Court make appropriate adjustment in
13 the assignment of civil cases to compensate for this reassignment.
14      IT IS SO ORDERED.
15 DATED: November 18, 2014.

_____
UNITED STATES DISTRICT JUDGE