UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAJA INSURANCE SERVICES, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SHANZE ENTERPRISES, INC. d/b/a/ BAJA AUTO INSURANCE and DOES 1 to 10,<br><br>Defendants. | No.  2:14-cv-2423 KJM AC<br><br><br><br>ORDER |

    The parties have filed a Joint Stipulated Protective Order.  ECF No. 21.  The stipulation purports to be governed by "Civil Local Rule 79-5" and "Civil Local Rule 7," neither of which are Local Rules of the U.S. District Court for the Eastern District of California.  The court therefore cannot approve the stipulation.  The parties are free to submit a stipulation pursuant to the Local Rules of this court.

DATED: July 17, 2015

                                                                      ALLISON CLAIRE
                                                                      UNITED STATES MAGISTRATE JUDGE