**Salar Atrizadeh, Esq. (SBN: 255659)**
LAW OFFICES OF SALAR ATRIZADEH
9701 Wilshire Blvd., 10th Floor
Beverly Hills, CA 90212
Telephone: 310-694-3034
Facsimile:  310-694-3057
Email:  salar@atrizadeh.com

Attorneys for Plaintiff
BAJA INSURANCE SERVICES, INC.

**Francis Torrence, Esq. (SBN: 154653)**
WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP
525 Market Street, 17th Floor
San Francisco, CA 94105-2725
Telephone: 415-433-0990
Facsimile:  415-434-1370
Email: francis.torrence@wilsonelser.com

Attorneys for Defendant
PLANO INSURANCE GROUP, INC., f/k/a SHANZE ENTERPRISES, INC., f/d/b/a BAJA AUTO INSURANCE

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BAJA INSURANCE SERVICES, INC., a California corporation,<br><br>    Plaintiff,<br><br>v.<br><br>SHANZE ENTERPRISES, INC. d/b/a BAJA AUTO INSURANCE, and DOES 1 to 10,<br><br>    Defendants. | Case No.: 2:14-cv-02423-KJM-AC<br><br>**JOINT STIPULATION TO EXTEND TIME AND ORDER** |

---

1
**JOINT STIPULATION TO EXTEND TIME AND ORDER]**

**TO THE UNITED STATES DISTRICT COURT, ALL INTERESTED PARTIES, AND THEIR ATTORNEYS:**

Pursuant to the Court's Order, under <u>Dkt. No. 50</u>, Plaintiff and Defendant hereby enter into this stipulation and request that the Court permit the parties to file their respective pleadings as follows:

1. Plaintiff shall file its Second-Amended Complaint on or before April 28, 2016;
2. Defendant Plano Insurance Group, Inc. shall file its counterclaim on or before April 28, 2016;
3. Defendant shall file its answer or other responsive pleading within 21 days of receipt of the Summons and Second-Amended Complaint; and
4. Plaintiff shall file its responsive pleading within 21 days of the filing of counterclaim.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

Dated:  April 8, 2016                **LAW OFFICES OF SALAR ATRIZADEH**

By:   /s/ Salar Atrizadeh
      SALAR ATRIZADEH, ESQ.
      Attorneys for Plaintiff
      BAJA INSURANCE SERVICES, INC.

Dated: April 8, 2016                 **WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP**

By:   /s/ Francis Torrence
      FRANCIS TORRENCE, ESQ.
      Attorneys for Defendant
      PLANO INSURANCE GROUP, INC.

**IT IS SO ORDERED, PURSUANT TO STIPULATION.**

DATED:   April 14, 2016

_____
UNITED STATES DISTRICT JUDGE