UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAJA INSURANCE SERVICES, INC., | No. 2:14-CV-02423-KJM-AC |
| Plaintiff, | |
| v. | ORDER |
| PLANO INSURANCE GROUP, INC., f/k/a Shanze Enterprises, Inc. d/b/a Baja Auto Insurance, et al., | |
| Defendants. | |

On March 31, 2016, the court granted plaintiff's motion for leave to file an amended complaint. ECF No. 50. On April 21, 2016, plaintiff filed a second amended complaint. ECF No. 57. On May 8, 2016, plaintiff filed a motion to amend the second amended complaint to correct a factual error in paragraph eight and to plead additional jurisdictional facts. ECF No. 64 at 2. Plaintiff notes that defendant Plano Insurance Group, Inc. had asked plaintiff to make the correction and does not oppose the proposed amendment. *Id.*

A party may amend its pleading with the opposing party's written consent or the court's leave. Fed. R. Civ. P. 15(a)(2). Because leave to amend should be given freely under Rule 15(a), and plaintiff has shown good cause, the court GRANTS plaintiff's motion. Plaintiff

/////

1

1  shall file a third amended complaint within seven (7) days making the proposed amendment to
2  paragraph eight.
3      IT IS SO ORDERED.
4  DATED: May 18, 2016

_____
UNITED STATES DISTRICT JUDGE