UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BAJA INSURANCE SERVICES, INC.,

         Plaintiffs,

        v.

PLANO INSURANCE GROUP, INC. et al.,

         Defendants.

No.  2:14-cv-02423-KJM-AC

<u>ORDER</u>

As provided by the parties' stipulation, ECF No. 73,

1.      All litigation activities in the Related Actions shall be suspended until September 30, 2016 (the "Extended Hold Period");

2.      During the Extended Hold Period, Plaintiff shall suspend all television and radio advertising in the State of Texas;

3.      During the Extended Hold Period, Plaintiff shall not open any new Texas business locations, nor shall it progress any further with the development of any new Texas business locations;

4.      The parties stipulate and agree that their participation in the Extended Hold Period shall not result in any waiver, estoppel, and/or any other limitation of the parties' respective legal positions, rights, and/or remedies, including but not limited to the Confie

1

1   Defendants' right to pursue injunctive relief after the expiration of the Extended Hold Period, if

2   necessary (e.g., Plaintiff shall not argue that the Extended Hold Period constitutes a "delay" that

3   warrants denial of any request for injunctive relief by Confie Defendants);

4           5.      By no later than September 30, 2016, the parties shall report back to the

5   Court on the progress they have made in resolving the Related Actions;

6           6.      Should the parties determine prior to September 30, 2016 that resolution is

7   not likely at that time, they will meet and confer in good faith regarding a schedule for resetting

8   any deadlines that are taken off-calendar by this stipulation; and

9           7.      The Confie Defendants shall have until September 30, 2016 to file a

10  response to the Third Amended Complaint.

11          IT IS SO ORDERED.

12   DATED:  August 4, 2016.

13

14                                          _____
                                            UNITED STATES DISTRICT JUDGE
15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                            2