| | |
|---|---|
| ELIZABETH YANG<br>elizabeth@yanglawoffices.com<br>**LAW AND MEDIATION OFFICES OF ELIZABETH YANG**<br>199 W. Garvey Ave., Suite 201<br>Monterey Park, CA 91754<br>Telephone: (877) 492-6452<br>Fax: (877) 492-6452<br>Attorney for Plaintiff<br>BAJA INSURANCE SERVICES, INC<br><br>FRANCIS TORRENCE (SBN 154653)<br>Francis.Torrence@wilsonelser.com<br>**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**<br>525 Market Street, 17th Floor<br>San Fransisco CA 94105-2725<br>Telephone:  (415) 433-0990<br>Facsimile:  (415) 434-1370<br><br>VALERI C. WILLIAMS (TSBN 24058797)<br>Pro Hac Vice<br>Valeri.Williams@wilsonelser.com<br>**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**<br>Bank of America Plaza<br>901 Main Street, Suite 4800<br>Dallas, TX 75202-3758<br>Telephone: (214) 698-8053<br>Facsimile: (214) 698-1101 | Attorneys for Defendant and Counterclaimant PLANO INSURANCE GROUP, F/K/A HANZE ENTERPRISES, INC. f/d/b/a BAJA AUTO INSURANCE<br><br>SANFORD L. MICHELMAN (SBN 179702)<br>smichelman@mrllp.com<br>ROBERT D. ESTRIN (SBN 260402)<br>restrin@mrllp.com<br>**MICHELMAN & ROBINSON, LLP**<br>10880 Wilshire Blvd., 19th Floor<br>Los Angeles, CA 90024<br>Telephone:     (310) 564-2670<br>Facsimile:      (310) 564-2671<br><br>JAN P. WEIR (SBN 106652)<br>jweir@mrllp.com<br>KATHRINE J. BRANDT (SBN 262740)<br>kbrandt@mrllp.com<br>**MICHELMAN & ROBINSON, LLP**<br>17901 Von Karman Avenue, 10th Floor<br>Irvine, CA  92614<br>Telephone:     (714) 557-7990<br>Facsimile:      (714) 557-7991<br>*Attorneys for Defendants Confie Insurance Group Holdings, Inc.; Confie Seguros Texas, Inc.; and Confie Seguros, Inc.* |

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CALIFORNIA BAJA INSURANCE SERVICES, INC.,<br><br>                Plaintiff,<br>        v.<br><br>SHANZE ENTERPRISES, INC., n/k/a PLANO INSURANCE GROUP, INC.; CONFIE INSURANCE GROUP HOLDINGS, INC.; CONFIE SEGUROS TEXAS, INC.; and CONFIE SEGUROS, INC.<br><br>                Defendants. | Case No.: 2:14-cv-02423-KJM-AC<br><br>**STIPULATION AND ORDER DISMISSING COMPLAINT WITH PREJUDICE**<br><br>Hon. Kimberly J. Mueller<br><br><br><br>Complaint Filed: October 15, 2014 |

**STIPULATION AND ORDER DISMISSING COMPLAINT AND COUNTERCLAIMS WITH PREJUDICE**

**STIPULATION**

1. WHEREAS the parties have reached a Settlement of the Claims in this Action and have entered into a formal written Settlement Agreement regarding the same; and

2. WHEREAS the parties have agreed as part of the Settlement Agreement that the Claims alleged in this Action shall be dismissed with prejudice;

IT IS HEREBY STIPULATED AND AGREED by the parties through their respective attorneys of record:

This entire action, including all Claims, is DISMISSED WITH PREJUDICE pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) with each party to bear its own attorney's fees and costs.

3. Pursuant to the parties' Settlement Agreement, this Court shall retain jurisdiction to enforce the terms of the agreement applicable to this action.

Dated: September 29, 2017        **LAW AND MEDIATION OFFICES OF ELIZABETH YANG**

　　　　　　　　　　　　　　　　　　*/s/ Elizabeth Yang*
　　　　　　　　　　　　　　　　　　Elizabeth Yang
　　　　　　　　　　　　　　　　　　*Attorney for BISI*

Dated:  September 29, 2017        **MICHELMAN & ROBINSON LLP**

　　　　　　　　　　　　　　　　　　*/s/ Jan Weir*
　　　　　　　　　　　　　　　　　　Sanford L. Michelman
　　　　　　　　　　　　　　　　　　Jan P. Weir
　　　　　　　　　　　　　　　　　　Kathrine J. Brandt
　　　　　　　　　　　　　　　　　　Robert D. Estrin
　　　　　　　　　　　　　　　　　　*Attorneys for Defendants Confie Insurance Group Holdings, Inc.; Confie Seguros Texas, Inc.; and Confie Seguros, Inc.*

Dated:  September 29, 2017        **WILSON ELSER MOSKOWITZ et al.**

　　　　　　　　　　　　　　　　　　*/s/ Valeri C. Williams*
　　　　　　　　　　　　　　　　　　Valeri C. Williams
　　　　　　　　　　　　　　　　　　*Attorney for Plano*

## ORDER

The above-captioned parties have stipulated to DISMISSAL WITH PREJUDICE of all claim and counter-claims in this action. This entire action is therefore DISMISSED WITH PREJUDICE pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Each party to bear its own attorney's fee and costs. All pending trial, motion and hearing dates are hereby VACATED.

IT IS SO ORDERED.

Date: _____     _____
KIMBERLY J. MUELLER
UNITED STATES DISTRICT JUDGE